1054

[No. 44358-5-I. Division One. October 9, 2000.]

*In the Matter of the Marriage of* AMINEH A. AYYAD, *Appellant*, and MOHAMMAD RASHID, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 92-3-07124-3, R. Joseph Wesley, J., entered February 18, 1999. *Reversed* by unpublished opinion per Webster, J., concurred in by Ellington, J.; Appelwick, J., dissenting in part.

[No. 44522-7-I. Division One. October 9, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIA HOWARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02132-9, Richard M. Ishikawa, J., entered April 16, 1999. *Reversed* by unpublished opinion per Baker, J., concurred in by Grosse and Ellington, JJ.

[No. 18726-8-III. Division Three. October 10, 2000.]

BILL J. KNEISLY, ET AL., *Respondents*, v. VIRGINIA L. SPAFFORD, *Appellant*, KENNETH A. HUMISTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Asotin County, No. 98-2-00335-4, John M. Lyden, J., entered August 30, 1999. *Reversed* by unpublished opinion per Brown, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 18966-0-III. Division Three. October 12, 2000.]

GARY A. CORRELL, ET AL., *Appellants*, v. THE DEPARTMENT OF ECOLOGY, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 99-2-02541-0, Ellen K. Clark, J., entered November 17, 1999. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.